THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AURELIA ANGELES BUDNICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELITE AFH LLC, a Washington LLC; JOJI DRESLER, individually and/or the marital community composed of JOJI DRESLER and JOHN DOE DRESLER; and, JOSEPH ENRIQUEZ, individually and/or the marital community composed of JOSEPH ENRIQUEZ and JANE DOE ENRIQUEZ,<br><br>Defendants. | No. 2:22-cv-00475-TL<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>January 5, 2023 |

## I.     STIPULATION

IT IS HEREBY STIPULATED between Plaintiff and all Defendants, parties to the above-entitled action, that:

- Plaintiff's claims have been settled for an amount that exceeds the wages and liquidated damages that would be due under the Fair Labor Standards Act ("FLSA") if applicable and if Plaintiff was credited with working sixteen hours per day;

- All parties agree that this settlement fully and fairly resolves any FLSA claims; and

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 2:22-cv-00475-TL
Page 1 of 3

Rekhi & Wolk, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

- This lawsuit should be dismissed with prejudice and without costs and attorney's fees to any party.

Dated this 5th day of January, 2023.

| | |
|---|---|
| **REKHI & WOLK, P.S.** | **K&L GATES LLP** |
| By: *s/ Jennifer T. Song* | By: *s/ Patrick M. Madden* |
| Hardeep S. Rekhi, WSBA No. 34579 | G. William Shaw, WSBA # 8573 |
| Gregory A. Wolk, WSBA No. 28946 | Patrick M. Madden, WSBA # 21356 |
| Jennifer T. Song, WSBA No. 39801 | Shelby R. Stoner, WSBA # 52837 |
| 529 Warren Avenue N., Suite 201 | 925 Fourth Ave., Suite 2900 |
| Seattle, WA 98109 | Seattle, Washington 98104-1158 |
| Tel: (206) 388-5887 | Tel: (206) 623-7580 |
| Fax: (206) 577-3924 | Fax: (206) 623-7022 |
| Email: hardeep@rekhiwolk.com | Email: bill.shaw@klgates.com |
|            greg@rekhiwolk.com |            patrick.madden@klgates.com |
|            jennifer@rekhiwolk.com |            shelby.stoner@klgates.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## II.     ORDER

THIS MATTER having come on for hearing upon the stipulation of all parties, it is hereby, ORDERED that the parties' settlement of FLSA claims is approved as reasonable and the above-entitled matter is DISMISSED WITH PREJUDICE and without costs or attorney's fees awarded to any parties.

DATED this 6th day of January, 2023.

_____
Tana Lin
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 2:22-cv-00475-TL
Page 2 of 3

Rekhi & Wolk, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

# CERTIFICATE OF SERVICE

I, Jeff Mead, hereby certify that on January 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G.William Shaw, WSBA # 8573
Patrick M. Madden, WSBA # 21356
Shelby R. Stoner, WSBA # 52837
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, Washington 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022
Email: bill.shaw@klgates.com
          patrick.madden@klgates.com
          shelby.stoner@klgates.com

*Attorneys for Defendants*

DATED this 5th day of January, 2023.

**REKHI & WOLK, P.S.**

By: *s/ Jeff Mead*
Jeff Mead, Paralegal
529 Warren Avenue N., Suite 201
Seattle, Washington 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924
E-mail: jeff@rekhiwolk.com

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 2:22-cv-00475-TL
Page 3 of 3

Rekhi & Wolk, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924